IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41235
Summary Calendar
_____


CORIEL DARYL RILEY, I,

                                        Plaintiff-Appellant,

versus


ANGELA JACKSON; CAPTAIN LAPOINT,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-615
- - - - - - - - - -
June 26, 1997

Before WISDOM, JOLLY, and JONES, Circuit Judges.

PER CURIAM:[*]

        Coriel Daryl Riley, I, Texas prisoner # 528592, appeals from

the district court's dismissal of his civil rights complaint

without prejudice as frivolous.  Riley argues that the district

court abused its discretion in dismissing his complaint without

affording him an opportunity to expand his allegations.  For

essentially the reasons set forth in the magistrate judge's

report and adopted by the district court, we AFFIRM the judgment

_____

        [*] Pursuant to 5th Cir R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir R.
47.5.4.

of the district court.  See Riley v. Jackson, No. G-96-615 (S.D.

Tex. Nov. 22, 1996).